UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal Action H-17-222 |
| Brenda Rodriguez, | § § § | |
| Defendant. | § | |

## Order Denying Extension

The United States of America's motion to continue the trial is denied. The continuance was sought for collateral issues outside of the facts of this case and would result in an undue delay. Nothing about the preparation or trial that starts Tuesday was implicated in the empty motion.

Signed on January __18__, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge