UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **Crim No. 4:17-CR-222** |
| § | |
| **BRENDA RODRIGUEZ** § | |

## CERTIFICATE

I hereby certify that the foregoing Motion for Recusal, along with its accompanying Affidavit, is filed and made in good faith.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney


    /s/ Tina Ansari
Tina Ansari
Assistant United States Attorney
Southern District of Texas Bar No. ___
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9598

DATE: January 19, 2019