# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Crim No. 4:17-CR-222 |
| BRENDA RODRIGUEZ | § § | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States court of Appeals for the Fifth Circuit from this Court's oral orders issued on January 14 and 18, 2019, excusing undersigned counsel from pretrial conferences in this matter and forbidding her from participating in the jury trial scheduled in this case.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney


____/s/ Tina Ansari_____
Tina Ansari
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9598

DATE: January 19, 2019

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Appeal was electronically filed and served on counsel of record via the electronic case filing (ECF) system for the United States District Court for the Southern District of Texas, on January 19, 2019.

                                               /s/ Tina Ansari
                                               Tina Ansari
                                               Assistant United States Attorney