UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **v.** | § § | Crim No. 4:17-CR-222 |
| **BRENDA RODRIGUEZ** | § | |

## NOTICE OF FILING PETITION FOR WRIT OF MANDAMUS

Notice is hereby given that the United States of America has filed in the United States Court of Appeals for the Fifth Circuit: (1) the accompanying Emergency Petition for Writ of Mandamus and Emergency Motion To Stay Proceedings in the District Court; and (2) Exhibits A-E accompanying the petition.

                                                  Respectfully submitted,

                                                  RYAN K. PATRICK
                                                  United States Attorney

                                                     /s/ Jason Smith
                                                  Jason Smith
                                                  Assistant United States Attorney
                                                  1000 Louisiana Street, Suite 2300
                                                  Houston, Texas 77002
                                                  (713) 567-9598

                                                  DATE: January 19, 2019

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Filing Petition For Writ of Mandamus and its exhibits was electronically filed and served on counsel of record via the electronic case filing (ECF) system for the United States District Court for the Southern District of Texas, on January 19, 2019.

                                                                /s/ Jason Smith  
                                                                Jason Smith  
                                                                Assistant United States Attorney