# Exhibit B

APPEAL,APPEAL_NAT,COMPLEX

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:17-cr-00222-1

---

Case title: USA v. Rodriguez                    Date Filed: 04/12/2017

---

Assigned to: Judge Lynn N Hughes

**Defendant (1)**

| | |
|---|---|
| **Brenda Rodriguez**<br>*Bond* | represented by **Federal Public Defender - Houston**<br>440 Louisiana<br>Ste 310<br>Houston, TX 77002<br>713-718-4600<br>Fax: 713-718-4610<br>Email: hou_ecf@fd.org<br>*TERMINATED: 04/26/2017*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment*<br><br>**Lance Craig Hamm**<br>Attorney at law<br>1200 Rothwell Street<br>Houston, TX 77002<br>713-659-5377<br>Email: lance0312@yahoo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

**Pending Counts**

CONSPIRACY TO COMMIT
HEALTH CARE FRAUD
(1)
HEALTH CARE FRAUD
(2-4)

**Disposition**

**Highest Offense Level (Opening)**

Felony

**<u>Terminated Counts</u>**                              **<u>Disposition</u>**

None

**<u>Highest Offense Level (Terminated)</u>**

None

**<u>Complaints</u>**                                     **<u>Disposition</u>**

None

---

**<u>Plaintiff</u>**

USA                                    represented by   **Scott Philip Armstrong**
                                                        US Department of Justice
                                                        1400 New York Ave NW
                                                        Washington, DC 20005
                                                        202-355-5704
                                                        Email: scott.armstrong@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

                                                        **Tina Ansari**
                                                        US Attorney's Office
                                                        Southern District of Texas
                                                        1000 Louisiana
                                                        Ste 2300
                                                        Houston, TX 77002
                                                        713-567-9598
                                                        Email: tina.ansari@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

                                                        **Financial Litigation**
                                                        U S Attorney's Office
                                                        Southern District of Texas
                                                        1000 Louisiana St
                                                        Ste 2300
                                                        Houston, TX 77002
                                                        713-567-9000
                                                        Fax: 713-718-3391 fax
                                                        Email: flu.usatxs-@usdoj.gov
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

**Ashlee Caligone McFarlane**
Gerger Khalil & Hennessy
1001 Fannin
Suite 2450
Houston, TX 77002
713-224-4400
Email: amcfarlane@gkhfirm.com
*ATTORNEY TO BE NOTICED*

**Thomas Heyward Carter**
U.S. Attorney's Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9000
Email: Thomas.Carter.III@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2017 | | Judge Lynn N Hughes assigned to case. (ckrus, 4) (Entered: 04/13/2017) |
| 04/12/2017 | 1 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Brenda Rodriguez (1) count (s) 1, 2-4, filed. (ckrus, 4) (Entered: 04/13/2017) |
| 04/12/2017 | 2 | US Attys Criminal Docket Sheet as to Brenda Rodriguez, filed.(ckrus, 4) (Entered: 04/13/2017) |
| 04/12/2017 | 3 | MOTION to Seal by USA as to Brenda Rodriguez, filed. (ckrus, 4) (Entered: 04/13/2017) |
| 04/12/2017 | 4 | ORDER granting 3 Motion to Seal as to Brenda Rodriguez (1).(Signed by Magistrate Judge Nancy K Johnson.) Parties notified.(ckrus, 4) (Entered: 04/13/2017) |
| 04/13/2017 | 5 | ORDER FOR ISSUANCE OF Bench WARRANT as to Brenda Rodriguez ( Signed by Magistrate Judge Nancy K Johnson) Parties notified. (ckrus, 4) (Entered: 04/13/2017) |
| 04/20/2017 | 6 | Minute Entry for proceedings held before Magistrate Judge Frances H Stacy: INITIAL APPEARANCE as to Brenda Rodriguez, (Deft informed of rights) held on 4/20/2017. Defendant appeared without counsel, Bond set 50,000., defendant advised of conditions of release, Case Unsealed. Counsel Determination Hearing set for 4/24/2017 at 10:00 AM in Courtroom 704 before Magistrate Judge Frances H Stacy Appearances: Tina Ansari.(ERO:yes) (Interpreter:no) Deft continued on Bond, filed.(mmapps, 4) (Entered: 04/21/2017) |
| 04/20/2017 | 8 | Appearance Bond Entered as to Brenda Rodriguez in amount of $ 50,000,, filed. (Attachments: # 1 Un-Redacted Copy)(mmapps, 4) (Entered: 04/24/2017) |

| 04/21/2017 | 7 | Pretrial Services Report (Sealed) as to Brenda Rodriguez, filed. (tgilyard, 4) (Entered: 04/21/2017) |
|---|---|---|
| 04/21/2017 | 9 | ORDER Setting Conditions of Release as to Brenda Rodriguez (1) 50,000 ( Signed by Magistrate Judge Frances H Stacy) (Attachments: # 1 Un-Redacted Copy) Parties notified. (mmapps, 4) (Entered: 04/24/2017) |
| 04/24/2017 | 10 | Minute Entry for proceedings held before Magistrate Judge Frances H Stacy: COUNSEL DETERMINATION HEARING as to Brenda Rodriguez held on 4/24/2017. Defendant requests appointed counsel, Financial Affidavit Executed and Sworn, Order appointing FPD, Arraignment being held now, Appearances: Michael Chu, Jules Johnson(ERO:Yes) (Interpreter:no) Deft continued on Bond, filed.(mmapps, 4) (Entered: 04/25/2017) |
| 04/24/2017 | 11 | Sealed Financial Affidavit CJA 23 by Brenda Rodriguez, filed. (Entered: 04/25/2017) |
| 04/24/2017 | 12 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Federal Public Defender - Houston for Brenda Rodriguez ( Signed by Magistrate Judge Frances H Stacy) Parties notified. (mmapps, 4) (Entered: 04/25/2017) |
| 04/24/2017 | 13 | Minute Entry for proceedings held before Magistrate Judge Frances H Stacy: ARRAIGNMENT as to Brenda Rodriguez (1) Count 1,2-4 held on 4/24/2017. Not Guilty on all counts. Scheduling Order Issued Appearances: Michael Chu, Jules Johnson (ERO:yes) (Interpreter:no) Deft continued on Bond, filed. (mmapps, 4) (Entered: 04/25/2017) |
| 04/24/2017 | 14 | SCHEDULING ORDER as to Brenda Rodriguez. ETT: 1 week: Speedy Trial Limits Waived? no: Motion Filing due by 5/15/2017. Responses due by 5/25/2017. Pretrial Conference set for 6/19/2017 at 02:30 PM in Courtroom 11C before Judge Lynn N Hughes Proposed Voir Dire due by 6/20/2017. Jury Trial set for 6/27/2017 at 09:00 AM in Courtroom 11C before Judge Lynn N Hughes ( Signed by Magistrate Judge Frances H Stacy) Parties notified. (mmapps, 4) (Entered: 04/25/2017) |
| 04/26/2017 | 15 | ORDER APPOINTING COUNSEL for Defendant Brenda Rodriguez. Lance Hamm appointed. ( Signed by Magistrate Judge Frances H Stacy) Parties notified. (bwhite, 4) (Entered: 04/26/2017) |
| 04/26/2017 |  | Attorney update in case as to Brenda Rodriguez. Attorney Federal Public Defender - Houston terminated. (bwhite, 4) (Entered: 04/26/2017) |
| 04/26/2017 | 16 | Bench Warrant issued 03/13/2017 Returned Executed on 04/20/2017 in case as to Brenda Rodriguez. Document restricted from PACER under privacy policy, filed. (mxperez, 5) (Entered: 04/27/2017) |
| 05/24/2017 | 17 | Agreed MOTION to Continue trial , Agreed MOTION to Certify Case as Complex by Brenda Rodriguez, filed. (Attachments: # 1 Proposed Order) (Hamm, Lance) (Entered: 05/24/2017) |
| 05/31/2017 | 18 | NOTICE OF ATTORNEY APPEARANCE Scott Philip Armstrong appearing for USA , filed.(Armstrong, Scott) (Entered: 05/31/2017) |
| 05/31/2017 | 19 |  |

| | | |
|---|---|---|
| | | NOTICE OF ATTORNEY APPEARANCE Ashlee Caligone McFarlane appearing for USA , filed.(McFarlane, Ashlee) (Entered: 05/31/2017) |
| 06/13/2017 | 20 | ORDER on Certification as to Brenda Rodriguez (1). On Rodriguez's motion, this case is certified as complex 17 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/13/2017) |
| 06/13/2017 | 21 | ORDER Continuing Trial as to Brenda Rodriguez. Motions due by 9/18/2017. Responses due by 9/28/2017. Pretrial conference reset for 10/23/2017 at 02:30 PM in Room 11122 before Judge Lynn N Hughes. Proposed voir dire and jury instructions due by 10/24/2017. Jury selection and trial reset for 10/31/2017 at 09:00 AM in Courtroom 11C before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/13/2017) |
| 09/08/2017 | 22 | Unopposed MOTION to Continue Trial by Brenda Rodriguez, filed. (Attachments: # 1 Proposed Order)(Hamm, Lance) (Entered: 09/08/2017) |
| 09/11/2017 | 23 | ORDER Continuing Trial as to Brenda Rodriguez terminating 22 . Motions due by 12/18/2017. Responses due by 12/28/2017. Pretrial conference reset for 1/22/2018 at 02:30 PM in Room 11122 before Judge Lynn N Hughes. Proposed voir dire and jury instructions due by 1/23/2018. Jury selection and trial reset for 1/30/2018 at 09:00 AM in Courtroom 11C before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 09/11/2017) |
| 12/11/2017 | 24 | Unopposed MOTION to Continue All settings and deadlines by Brenda Rodriguez, filed. (Attachments: # 1 Proposed Order)(Hamm, Lance) (Entered: 12/11/2017) |
| 12/12/2017 | 25 | ORDER Continuing Trial as to Brenda Rodriguez terminating 24 . Motions due by 3/5/2018. Responses due by 3/15/2018. Pretrial conference reset for 4/9/2018 at 02:30 PM in Room 11122 before Judge Lynn N Hughes. Proposed voir dire and jury instructions due by 4/10/2018. Jury selection and trial reset for 4/17/2018 at 09:00 AM in Courtroom 11C before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 12/12/2017) |
| 04/04/2018 | 26 | Unopposed MOTION to Continue Pretrial and Trial Setting by Brenda Rodriguez, filed. (Attachments: # 1 Proposed Order)(Hamm, Lance) (Entered: 04/04/2018) |
| 04/05/2018 | 27 | ORDER Continuing Trial as to Brenda Rodriguez terminating 26 . Motions due by 10/29/2018. Responses due by 11/8/2018. Pretrial conference reset for 12/3/2018 at 02:30 PM in Room 11122 before Judge Lynn N Hughes. Proposed voir dire and jury instructions due by 11/30/2018. Jury selection and trial reset for 12/11/2018 at 09:00 AM in Courtroom 11C before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 04/05/2018) |
| 09/11/2018 | 28 | Unopposed MOTION to Travel by Brenda Rodriguez, filed. (Attachments: # 1 Proposed Order)(Hamm, Lance) (Entered: 09/11/2018) |
| 09/12/2018 | 29 | |

|  |  |  |
|---|---|---|
|  |  | Travel ORDER as to Brenda Rodriguez (1). Rodriguez may attend the wedding in Fort Lauderdale, Florida, with the conditions as ordered 28 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 09/13/2018) |
| 10/12/2018 | 30 | Opposed MOTION to Continue Pretrial Conference and Trial by Brenda Rodriguez, filed. (Attachments: # 1 Proposed Order)(Hamm, Lance) (Entered: 10/12/2018) |
| 10/17/2018 | 31 | RESPONSE by USA as to Brenda Rodriguez re 30 Opposed MOTION to Continue Pretrial Conference and Trial , filed.(Armstrong, Scott) (Entered: 10/17/2018) |
| 10/24/2018 | 32 | ORDER Continuing Trial as to Brenda Rodriguez terminating 30 . Motions due by 12/3/2018. Responses due by 12/13/2018. Pretrial conference reset for 1/14/2019 at 02:30 PM in Room 11122 before Judge Lynn N Hughes. Proposed voir dire and jury instructions due by 1/15/2019. Jury selection and trial reset for 1/22/2019 at 09:00 AM in Courtroom 11C before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 10/24/2018) |
| 01/04/2019 | 33 | MOTION for Discovery by Brenda Rodriguez, filed. (Attachments: # 1 Proposed Order)(Hamm, Lance) (Entered: 01/04/2019) |
| 01/04/2019 | 34 | MOTION for Jencks Act Material by Brenda Rodriguez, filed. (Attachments: # 1 Proposed Order)(Hamm, Lance) (Entered: 01/04/2019) |
| 01/04/2019 | 35 | MOTION for Notice of Govt Intent to Use Evidence by Brenda Rodriguez, filed. (Attachments: # 1 Proposed Order)(Hamm, Lance) (Entered: 01/04/2019) |
| 01/04/2019 | 36 | MOTION for Rule 12(d) Designation by Brenda Rodriguez, filed. (Attachments: # 1 Proposed Order)(Hamm, Lance) (Entered: 01/04/2019) |
| 01/04/2019 | 37 | MOTION for Witness List by Brenda Rodriguez, filed. (Attachments: # 1 Proposed Order)(Hamm, Lance) (Entered: 01/04/2019) |
| 01/04/2019 | 38 | MOTION for Transcript of Grand Jury Minutes by Brenda Rodriguez, filed. (Attachments: # 1 Proposed Order)(Hamm, Lance) (Entered: 01/04/2019) |
| 01/04/2019 | 39 | MOTION for Brady Materials by Brenda Rodriguez, filed. (Attachments: # 1 Proposed Order)(Hamm, Lance) (Entered: 01/04/2019) |
| 01/08/2019 | 40 | Sealed Event, filed. (With attachments) (Entered: 01/08/2019) |
| 01/10/2019 | 41 | RESPONSE to Motion by USA as to Brenda Rodriguez re 38 MOTION for Transcript of Grand Jury Minutes , 33 MOTION for Discovery , 34 MOTION for Jencks Act Material , 35 MOTION for Notice of Govt Intent to Use Evidence , 36 MOTION for Rule 12(d) Designation , 39 MOTION for Brady Materials , 37 MOTION for Witness List , filed.(Ansari, Tina) (Entered: 01/10/2019) |
| 01/10/2019 | 44 | Sealed Order, filed. (Entered: 01/14/2019) |
| 01/11/2019 | 42 | EXHIBIT LIST by USA as to Brenda Rodriguez, filed. (Armstrong, Scott) (Entered: 01/11/2019) |
|  |  |  |

| 01/11/2019 | 43 | NOTICE *of Intent to use LCR55* by USA as to Brenda Rodriguez re 42 Exhibit List, filed.(Armstrong, Scott) (Entered: 01/11/2019) |
| 01/14/2019 | 45 | Proposed Jury Instructions by USA as to Brenda Rodriguez, filed. (Armstrong, Scott) (Entered: 01/14/2019) |
| 01/14/2019 | 46 | Proposed Voir Dire by USA as to Brenda Rodriguez, filed. (Armstrong, Scott) (Entered: 01/14/2019) |
| 01/14/2019 |  | Minute Entry for PRETRIAL CONFERENCE held before Judge Lynn N Hughes on 1/14/2019 as to Brenda Rodriguez. Pending motions addressed and terminated 33 , 34 , 35 , 36 , 37 , 38 , 39 . If necessary, a Pretrial Conference will be held on 1/18/2019 at 03:30 PM in Courtroom 11C before Judge Lynn N Hughes. Appearances: Scott Armstrong, Lance Hamm. (Court Reporter: J. Sanchez) Deft continued on bond. (ghassan, 4) (Entered: 01/15/2019) |
| 01/15/2019 |  | US ATTORNEY'S NOTICE OF APPEARANCE. Thomas Heyward Carter appearing for USA, filed.(Carter, Thomas) (Entered: 01/15/2019) |
| 01/16/2019 | 47 | Sealed Event, filed. (Entered: 01/16/2019) |
| 01/16/2019 | 48 | WITNESS LIST by USA as to Brenda Rodriguez, filed. (Armstrong, Scott) (Entered: 01/16/2019) |
| 01/17/2019 | 49 | EXHIBIT LIST by USA as to Brenda Rodriguez, filed. (Armstrong, Scott) (Entered: 01/17/2019) |
| 01/18/2019 | 50 | AO 435 TRANSCRIPT ORDER FORM by Tina Ansari as to Brenda Rodriguez for Transcript of 1/14/2019. Pretrial Conference, Judge Hughes. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Johnny Sanchez, filed. (mmapps, 4) (Entered: 01/18/2019) |
| 01/18/2019 | 51 | AO 435 TRANSCRIPT ORDER FORM by Tina Ansari as to Brenda Rodriguez for Transcript of 1/18/2019, Pretrial Conference, Judge Hughes. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Fred Warner, filed. (mmapps, 4) (Entered: 01/18/2019) |
| 01/18/2019 |  | Minute Entry for PRETRIAL CONFERENCE held before Judge Lynn N Hughes on 1/18/2019 as to Brenda Rodriguez. Trial discussed. Appearances: Scott Armstrong, Tina Ansari, Ryan Patrick, Jason Smith, Thomas Carter, Lance Hamm. (Court Reporter: F. Warner) Deft continued on bond. (ghassan, 4) (Entered: 01/18/2019) |
| 01/18/2019 | 52 | ORDER Denying Extension as to Brenda Rodriguez. The government's motion to continue the trial is denied. The continuance was sought for collateral issues outside of the facts of this case and would result in an undue delay. Nothing about the preparation or trial that starts Tuesday was implicated in the empty motion. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 01/18/2019) |
| 01/19/2019 | 53 | MOTION for Recusal by USA as to Brenda Rodriguez, filed. (Attachments: # 1 Appendix A--Affidavit of Jason Smith, # 2 Appendix B--28 USC 144 Certification)(Ansari, Tina) (Entered: 01/19/2019) |
| 01/19/2019 | 54 |  |

| | | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by USA as to Brenda Rodriguez, filed.(Ansari, Tina) (Entered: 01/19/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/19/2019 18:59:21 | | | |
| PACER Login: | jsmith4027:4030527:4299065 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:17-cr-00222 |
| Billable Pages: | 5 | Cost: | 0.50 |