UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 22, 2019
David J. Bradley, Clerk

United States of America, §
§
    Plaintiff, §
§
versus §    Criminal Action H-17-222
§
Brenda Rodriguez, §
§
    Defendant. §

## Order Denying Recusal

    The attorney for the United States of America has moved the court to recuse itself on the grounds that the judge is biased against the United States of America. It is denied.

    In 39 years as a judge, this claim is novel. In my six years as a civil district judge for the State of Texas, no one to my knowledge has accused me of being hostile to my state. In my 33 years as a United States District Judge, no one has accused me of being adverse to my country. (53)

Signed on January 22, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge