United States District Court
Southern District of Texas
**ENTERED**
February 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal Action H-17-222 |
| Brenda Rodriguez, | § § | |
| Defendant. | § § | |

## Order Subsisting Verdict

From the evidence of the bundles of John Ramirez's blank evaluations to the undercover agents being given physicals by Brenda Rodriguez's employees, none of whom were nurses, nevertheless doctors, to the fact that the clinic was owned and operated by Rodriguez – who was there on a daily basis – the evidence overwhelmingly showed that Rodriguez was guilty of all four counts. Rodriguez ran a fictitious clinic – at no point was there evidence showing that there were evaluations tailored to specific patients. And her "advice" to the undercover agent, though informal and involved, was at no time legal.

Rodriguez's request for acquittal is denied. (81)

Signed on February 12, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge